**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-01704-LTB

AIDAN MONTALVO, an individual,

       Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY, a Delaware corporation,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Plaintiff's Unopposed Motion to Amend Complaint and Caption (Doc 9 - filed August 14, 2015) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.



Dated:   August 17, 2015
_____