**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-01704-LTB-KLM

AIDAN MONTALVO, an individual,

      Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY, a Delaware corporation,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 27 - filed April 22, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                               BY THE COURT:

                               _s/Lewis T. Babcock_
                               Lewis T. Babcock, Judge

DATED:   April 25, 2016